IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUGAR BOWL RANCH, LLC, *et al.*, | No. 4:22-CV-00287 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| SWN PRODUCTION COMPANY, LLC and REPSOL OIL & GAS USA, LLC, | |
| Defendants. | |

## ORDER

### SEPTEMBER 26, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant SWN's motion to dismiss (Doc. 11) is **DENIED**. Consistent with Federal Rule of Civil Procedure 12, the Defendant SWN is directed to file an Answer by October 11, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge